## Criminal Calendar: Sentencing

**Before Judge Sandra L. Townes, U.S.D.J.**

Date: 7/15/11    Time: 10:30 – 10:50

DOCKET NUMBER: 10CR285 (SLT)

DEFENDANT'S NAME: Walter Torres Duke
X Present ___Not Present X In Custody ___ Bail

DEFENSE COUNSEL: Bobbi Sternheim
___ Legal Aid  X CJA  ___ Retained

AUSA: Ali Kazemi    Deputy Clerk: Veronica Frullo

INTERPRETER: Maristela Veraskgui (Language) Spanish

P.O. Roberta Houlton    COURT REPORTER/ESR: Chaesse Kitt

33
X
210-262
120
stat max
2-3
17500-1?500

X Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

X The Pre-sentence Report is adopted without change.

X Defendant is sentenced to 120 months imprisonment and 3 years of supervised release. Special conditions of Supervision are as follows:
1) no association w/any individual of organized crime
2) mental health treatment
3) drug treatment; 4) curfew; 5) D shall refrain from contacting the victim; 6) no firearm

___ Defendant is ordered to pay restitution in the amount of $_____
___ Defendant is ordered to pay a fine in the amount of $ waived
X Defendant is ordered to pay a special assessment of $100.00.

Monetary penalties are due as follows:

X The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at a facility in the _____ region, close to Virginia.
X The Court recommends: substance abuse treatment for which he is eligible.
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ____ @ ___
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons: ☐ before 2:00pm on _____  ☐ as notified by USMS  or  ☐ as notified by P.O.

X Open count(s) _____ is/are dismissed on motion of the government.
Other: D advised of Right to appeal.